FILED
2022 JAN -4 AM 9:12
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ Vam _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22MJ00014 |
|---|---|
| PLAINTIFF(S) | 19-cr-04538-JLS-1 |
| v. | |
| Johnny Albert Castro Lockwood | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Petition
in the Southern District of California on 4/22/2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Probation Violation

A warrant for defendant's arrest was issued by: The Honorable Janis L. Sammartino

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: No Bond

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/4/22
                Date

*[signature]*

| Signature of Agent | Killianne Sath |
| | Print Name of Agent |

| U.S. Marshals Service | Deputy U.S. Marshal |
| Agency | Title |