FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: MJ 22-0014 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| Johnny Albert Castro Lockwood, | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern Dist./Calif.</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>no stable residence, homeless for years; ongoing</u>

substance abuse; absconder status; no known bail resources; apparent mental-health concerns;

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: apparent mental-health and substance-abuse issues; not interested in treatment

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Jan. 4, 2022

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2